## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ANN BORGHEIINCK,** | ) | **CASE NO. 8:13CV322** |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | |
| | ) | |
| **PATRICIA BOLTE**, individually and in her official capacity, **KAREN DUNHAM,** individually and in her official capacity, **LYNELLE HOMOLKA**, individually and in her official capacity, **JIM HELGOTH**, individually and in his official capacity, **D.L. HAHN**, individually and in his official capacity, **JAN PLACKE**, individually and in her official capacity, **KEVIN CAMPBELL**, individually and in his official capacity, and **THERESA GOOD**, individually and in her official capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) | **JUDGMENT** |
| **Defendants.** | ) | |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. Judgment is entered in favor of Defendants and against Plaintiff Ann Borgheiinck;

2. All claims brought by Plaintiff Ann Borgheiinck are dismissed with prejudice; and

3. The parties will bear their own attorney fees and costs.

DATED this 17th day of December, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge